STATE OF NEW JERSEY v. FLOARD CATLETT.

March 30, 1982.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. DANIEL WOUPES.

March 30, 1982.

Petition for certification denied.

MURIEL TIEDEMANN v. MONMOUTH SHOPPING CENTER.

March 30, 1982.

Petition for certification denied.

PETER FRUNZI v. MIDDLETOWN SHOPPING CENTER, INC.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD LEE BROWN.

March 30, 1982.

Petition for certification denied.